IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:15-CR-00059-01-JM
  4:16-CV-00461-JM

JAIME RUBIO

### ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence based on *Johnson v. United States*[1] (Doc. No. 22) is DENIED.

Defendant's sentence was not based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*. Rather, his was sentenced under Guideline § 2P1.2, because he had a prohibited object in prison.

IT IS SO ORDERED this 5th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] 135 S. Ct. 2551 (2015).

1